## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRI L. ALPE**                                                                                          **PLAINTIFF**

**V.**                                        **4:18CV00035 JM**

**FEDERAL NATIONAL**
**MORTGAGE ASSOCIATION, INC.**                                              **DEFENDANT**

### ORDER

The parties have filed a joint motion to extend the motions deadline for thirty (30) days past the current deadline of September 22nd. The Court will allow the parties to agree on the date for filing, responding, and replying to dispositive motions in this case <u>as long as all motions are fully briefed by 5:00 p.m. on Friday, November 12, 2021</u>. The motion for extension (ECF No. 91) is GRANTED.

IT IS SO ORDERED this 10th day of September, 2021.

_____
James M. Moody Jr.
United States District Judge