# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRI L. ALPE**                                                                                            **PLAINTIFF**

**V.**                                 **NO. 4:18-cv-00035-JM**

**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION, INC.**                                                            **DEFENDANT**

## **ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

(1)    Plaintiff's motion to strike supplemental responses (*Doc. 100*) is DENIED, and Defendant's motion to amend responses to requests for admissions (*Doc. 113*) is GRANTED.

(2)    Defendant's second motion for summary judgment (*Doc. 105*) is GRANTED, and Plaintiff's amended and substituted motion for partial summary judgment (*Doc. 106*) is DENIED.

(3)    Pursuant to the Judgment entered with this Order, this action is DISMISSED WITH PREJUDICE and the Clerk is instructed to close the case.

IT IS SO ORDERED, this 29th day of January, 2024.

                                                                              _____
                                                                             UNITED STATES DISTRICT JUDGE