IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRI L. ALPE**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　　　　　　NO. 4:18-cv-00035-JM

**FEDERAL NATIONAL MORTGAGE
ASSOCIATION, INC.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 29th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE